**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge David L. West**

**Criminal No. 11-PO-00134-DLW**

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**vs.**

**1. CARLOS BRANDON SILVA,**

**Defendant.**

### MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE DAVID L. WEST**

Counsel for the Defendant has advised the Court that the Defendant has been approved for acceptance into Hilltop House, therefore;

**IT IS HEREBY ORDERED** that a hearing to review Defendant's detention and placement on bond is scheduled for August 8, 2011 at 3:00 p.m. before the Magistrate Judge.

**DATED: August 4, 2011.**

                                        **BY THE COURT:**

                                        **s/David L. West
United States Magistrate Judge**