IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge David L. West

Case No. 11-PO-00134-DLW

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**vs.**

**1. CARLOS BRANDON SILVA,**

**Defendant.**

## ORDER FOR RELEASE FROM CUSTODY

**ORDER ENTERED BY MAGISTRATE JUDGE DAVID L. WEST**

The Defendant was sentenced to a term of probation on this date, therefore:

**IT IS HEREBY ORDERED** that the Defendant be immediately released from custody of the U. S. Marshal.

**DATED:   November 30, 2011.**

                              **BY THE COURT:**

                              **s/David L. West**
                              **United States Magistrate Judge**